Eastern District of Kentucky
FILED
OCT 11 2023
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CRIMINAL ACTION NO. 23-88-DCR**

**UNITED STATES OF AMERICA**                        **PLAINTIFF**

**V.**                **PLEA AGREEMENT ADDENDUM**

**MICHAEL RAY LANDSNESS**                        **DEFENDANT**

\*   \*   \*   \*   \*

The Defendant understands that, by pleading guilty, he will be required to register as a sex offender upon his release from prison as a condition of supervised release pursuant to 18 U.S.C. § 3583(d).  The Defendant also understands that, independent of supervised release, he will be subject to federal and state sex offender registration requirements and that those requirements may apply throughout his life.  The Defendant will be required to register with the sex offender registration agency in Kentucky and shall also register with the sex offender registration agency in any state or other jurisdiction where he resides, is employed, or is a student.  The Defendant understands that he shall keep his registration current and shall notify the sex offender registration agency or agencies of any changes to his name, place of residence, employment, student status, or other relevant information.  The Defendant shall comply with requirements to periodically verify in person his sex offender registration information.  The Defendant understands that he will be subject to possible federal and state penalties for failure to comply with any such sex offender

registration requirements. The Defendant further understands that, under 18 U.S.C. § 4042(c), notice will be provided to certain law enforcement agencies upon his release from confinement following conviction.

CARLTON S. SHIER IV
UNITED STATES ATTORNEY

Date: 10/11/23        By: *[signature]*
Erin M. Roth
Assistant United States Attorney

Date: 10/11/23        *[signature]*
Michael Ray Landsness
Defendant

Date: 10/11/23        *[signature]*
Bradley Clark
Attorney for Defendant